UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-3052** |
| **LOWE'S HOME CENTERS, INC.** | **SECTION: "S" (2)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Lowe's Home Centers, Inc.'s motion for summary judgment is **DENIED**. (Document #3.) There are disputed issues of material fact, and the movant is not entitled to judgment as a matter of law. See Amburgey v. Corhart Refractories Corp., 936 F.2d 805, 809 (5th Cir. 1991); Fed. R. Civ. P. 56(c).

New Orleans, Louisiana, this 22nd day of January, 2010.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**